(EZEIRUAIKA v. AMERICAN EXPRESS No. 1:20-cv-04004)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMERICAN EXPRESS COMPANY
was received by me on *(date)* 6/25/20.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jeanette , who is
designated by law to accept service of process on behalf of *(name of organization)* American Express Company
on *(date)* 6/29/20 at 12:44 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/03/2020

Server's signature

Brian Hamid
*Printed name and title*

YI LUO
Notary Public, State of New York
Registration No. 01LU6365477
Qualified in Nassau County
Commission Expires October 10, 2021

*Server's address*

Additional information regarding attempted service, etc:
description of Person served: Female, Tan skin, 5'7, 140 lbs
AGE 40, Black Hair

Scanned with CamScanner

Vincent Ezeiruaku
900 Monet Court
Williamstown, NJ. 08094

RECEIVED
SDNY PRO SE OFFICE
2020 JUL 14 PM 3:46

The Clerk
Southern District of New York
500 Pearl Street
New York, New York 10007

Pro Se Intake
KY