**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
VINCENT O. EXEIRUAKU,
                Plaintiff,

                                                            20 **CIV** 4004 (LJL)

        -against-                                      **DEFAULT JUDGMENT**

AMERICAN EXPRESS COMPANY,
                Defendant.
----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memorandum and Order dated October 19, 2020, Judgment is entered for Plaintiff and against Defendant in the amount of $36,173; the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken from good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**DATED**: New York, New York
              October 19, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                       **Clerk of Court**
                                         **BY:**_____
                                                      **Deputy Clerk**