UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020

--------------------------------------------------------------------X
:
VINCENT O. EZEIRUAKU,
:
:
Plaintiff,                                       :
:                              20-cv-4004 (LJL)
-v-                                             :
:                                    ORDER
AMERICAN EXPRESS COMPANY,
:
:
Defendant.                                   :
:
--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On October 27, 2020, the Court denied Plaintiff's amended motion for default judgment

and for reconsideration of the Court's October 19, 2020 opinion, but maintained the judgment it

had entered in favor of Plaintiff on October 19, 2020.  *See* Dkt. No. 18; *see also* Dkt. Nos. 15,

16.  The Court granted Plaintiff an opportunity to file an amended complaint by November 17,

2020, but Plaintiff did not do so.

It is HEREBY ORDERED that the action is closed, any pending motions are

DISMISSED, and all conferences and deadlines are CANCELLED.


SO ORDERED.


Dated: November 23, 2020
       New York, New York          _____
                                              LEWIS J. LIMAN
                                         United States District Judge