**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VINCENT EZEIRUAKU | 20-CV-04004 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| AMERICAN EXPRESS COMPANY | WRIT OF EXECUTION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

AMERICAN EXPRESS COMPANY

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

200 VESEY STREET, NEW YORK, NEW YORK 10281

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

VINCENT EZEIRUAKU
900 MONET COURT
WILLIAMSTOWN, NEW JERSEY 08094

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

SERVE ON AMERICAN EXPRESS COMPANY AND REQUEST THE CHECK IMMEDIATELY.

| Signature of Attorney other Originator requesting service on behalf of: | [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER (215)868-0076 | DATE 11/24/2020 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process /A | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk /Bh/ | Date 12/18/20 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Gina Martinez   Messenger center

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

28 Liberty Street
New York, NY
(As per Security at 200 Vesey Street)

| Date 12/23/20 | Time 1:00 [ ] am [X] pm |
|---|---|

Signature of U.S. Marshal or Deputy
T. m/ruby 31733

| Service Fee $65.00 | Total Mileage Charges including *endeavors* 2.88 | Forwarding Fee | Total Charges $67.88 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

I hereby certify & return that I have not received any funds for case number 20-CV-4004

Judgment Unsatisfied
New York, NY

Ralph Sozio
United States Marshal

PRIOR EDITIONS MAY BE USED

Dated: February 16, 2021   By: Becky Brill - Admin

20-4004-1

United States District Court
Southern District of New York

VINCENT O. EZEIRUAKU,
PLAINTIFF

-against-

AMERICAN EXPRESS COMPANY,
DEFENDANT.

1-20-cv-04004

EXECUTION AGAINST PROPERTY

Vincent Ezeiruaku, Pro Se

Borough of Manhattan

City of New York

**Thirty-Six Thousand One Hundred and Seventy-Three** Dollars and **Zero** Cents,

With interest from the 19th day of **October, 2020**, besides your fees, etc.

Vincent O. Ezeiruaku
Plaintiff

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO._____          DOCKET NO. 1-20-cv-04004

THE PRESIDENT OF THE UNITED STATES OF AMERICA To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels **in the amount of Thirty Six Thousand One hundred and Seventy Three Dollars, ($36,173.00)** which is lately in the United States District Court of the United States for the Southern District of New York, be recovered against the said **American Express Company** in an action between **Vincent O. Ezeiruaku,** PLAINTIFF and **American Express Company,** DEFENDANT, in favor of said **Plaintiff**, as appears by the record filed in the Clerk's Office of said District Court on the **19th** day of **October**, in the **2020** year of our Lord and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

Witness, the Honorable Collen McMahon, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the ____20th____ day of ____November____ in the year of our Lord ____2020____, and of the Independence of the United States the two hundred fortyfourth year.

_____
CLERK