```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
VINCENT O. EZEIRUAKU,                                          :
                                                               :
                        Plaintiff,                             :
                                                               :      20-cv-4004 (LJL)
        -v-                                                    :
                                                               :         ORDER
AMERICAN EXPRESS COMPANY,                                      :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

LEWIS J. LIMAN, United States District Judge:

*Pro se* Plaintiff has submitted a letter indicating that he has served Defendant with a writ of execution issued by the Clerk of Court, but he has failed to receive any funds from Defendant on his default judgment. *See* Dkt. No. 24. If Plaintiff seeks legal advice on how to proceed, he should contact the New York Legal Assistance Group ("NYLAG") through its website at https://www.nysd.uscourts.gov/attorney/legal-assistance or by dialing 212-659-6190.

SO ORDERED.

Dated: March 15, 2021  
       New York, New York  
                                                LEWIS J. LIMAN  
                                     United States District Judge