```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
VINCENT O. EZEIRUAKU,                                              :
                                                                   :
                        Plaintiff,                                 :
                                                                   :       20-cv-04004 (LJL)
        -v-                                                        :
                                                                   :       RESCHEDULING
AMERICAN EXPRESS COMPANY,                                          :       ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022

LEWIS J. LIMAN, United States District Judge:

It is hereby ORDERED that the Evidentiary hearing on defendant's motion to vacate default judgment previously set for January 14, 2022 is rescheduled to February 3, 2022 at 12:00PM. The hearing will proceed remotely by telephone. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

Defendant is directed to mail a copy of this order to plaintiff by certified mail.

SO ORDERED.

Dated: January 12, 2022
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge