```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
VINCENT O. EZEIRUAKU,                                              :
:
                           Plaintiff,          :
:       20-cv-4004 (LJL)
        -v-                                                       :
:       ORDER
AMERICAN EXPRESS COMPANY,                                          :
:
                           Defendant.          :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated on the record today as well as in the Memorandum and Order at Dkt. No. 31, Defendant's motion to set aside the default judgment at Dkt. No. 26 is GRANTED and the default judgment is VACATED.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 26.

      SO ORDERED.

Dated: February 3, 2022
       New York, New York                        _____
                                                            LEWIS J. LIMAN
                                               United States District Judge