```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
VINCENT O. EZEIRUAKU,                               :
                                                    :
                            Plaintiff,              :
                                                    :            20-cv-4004 (LJL)
              -v-                                   :
                                                    :               ORDER
AMERICAN EXPRESS COMPANY,                           :
                                                    :
                            Defendant.              :
                                                    :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On February 3. 2022, the Court granted Defendant's motion to vacate the default judgment entered against it. Dkt. No. 36. Plaintiff—or anyone prosecuting the case in his stead—is directed to inform the Court by June 3, 2022, whether he intends to prosecute this case; failure to do so will result in the case being dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff, and Defendant is directed to mail a copy of this Order to the pro se Plaintiff at his last known address by certified mail.

SO ORDERED.

Dated: April 4, 2022
       New York, New York                        _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge